NELLIE QUEALLY, Respondent, v. JOHN F. RAMSAY, Appellant.—

No opinion.  Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.